PEOPLE, PLAINTIFF AND APPELLEE, v. CARTAGENA ET AL., DEFENDANTS AND APPELLANTS.

PEOPLE, PLAINTIFF AND APPELLEE, v. GONZÁLEZ, DEFENDANT AND APPELLANT.

PEOPLE, PLAINTIFF AND APPELLEE, v. RIVERA, DEFENDANT AND APPELLANT.

APPEALS from the District Court of San Juan, Section 2, in Prosecutions for Gambling.

Nos. 1029, 1033, 1035.—Decided July 28, 1916.

Decided on the grounds of the opinion in Case No. 1030, *People* v. *Marcano et al.,* ante.

*Messrs. Marcelino Romany* and *Fernando E. Martínez* for the appellants.

*Mr. Salvador Mestre, fiscal,* for the appellee.

*Reversed and defendants discharged.*

Chief Justice Hernández and Justices Wolf and Aldrey concurred.
Justices del Toro and Hutchison dissented.